66 A.3d 251

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jeffrey SANTANA, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 28, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of February, 2013, the Petition for Allowance of Appeal is **DISMISSED** as improvidently filed; said dismissal is predicated on defects in the counseled petition, and is without prejudice to any rights petitioner may have pursuant to the Post Conviction Relief Act.